UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TLO, LLC,

    *Plaintiff,*

vs.

PRUCO LIFE INSURANCE
COMPANY,

    *Defendant.*
_____/

CASE NO.

## COMPLAINT

Plaintiff, TLO, LLC ("TLO"), sues Defendant, Pruco Life Insurance Company ("Pruco"), as follows:

### NATURE OF ACTION, JURISDICTION, VENUE AND PARTIES

1. This is an action for breach of a life insurance contract.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as this is a suit between parties that are citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest, costs and attorney's fees.

3. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391 since the life insurance contract was entered into in Palm Beach County, Florida and Pruco does business in this District.

4. TLO is a Florida limited liability company that filed a voluntary petition on May 9, 2013 in the United States Bankruptcy Court of the Southern District of Florida, West Palm Beach Division, for relief under Chapter 11 of Title 11 of the United States Code.

5. Pruco is an insurance company organized under the laws of Arizona with its principal place of business in Newark, New Jersey.

## FACTUAL BACKGROUND

6. Pruco issued a term life insurance policy, bearing policy number L8725267-A (the "Policy"), which insured the life of Mr. Hank Asher in the amount of $40,000,000.00. The Policy is attached as Exhibit "A."

7. The Policy promises "[i]f the Insured dies in the term period, ... [to] pay a benefit at the Insured's death ... if this contract is in force at the time of death...."

8. Henry (Hank) Asher submitted an application on July 29, 2011, and the Policy was issued August 12, 2011 in the amount of $40,000,000.00.

9. On January 11, 2013, Mr. Asher passed away.

10. Pruco was thereafter timely notified of Mr. Asher's death and the benefits due under the Policy were requested.

11. On April 12, 2013, Pruco acknowledged that the claim was "taking longer than normal to process..." and advised that it was "currently awaiting the requested provider information from Good Samaritan Medical Center as well as United Healthcare."

12. On April 29, 2013, Pruco advised that the "records are still pending" and that "[b]ecause Mr. Hank Asher's death occurred within two years of August 12, 2011, the effective date of the policy, we need to verify the information contained in the insurance application."

13. Five months after Mr. Asher's death, on June 13, 2013, Pruco disclaimed its obligation to pay the death benefits due under the Policy by tendering a return of premiums in an effort to rescind based upon purported misrepresentations in the application, comprised of a claimed failure to disclose medical conditions and treatment including "major depressive

2

Ver Ploeg & Lumpkin, P.A., 100 S.E. Second Street, Thirtieth Floor, Miami, Florida 33131   Phone (305) 577-3996   Fax (305) 577-3558

disorder, cyclothymic disorder, histrionic disorder and sleep apnea" that would have resulted in non-issuance of the policy.

## GENERAL ALLEGATIONS

14. TLO has engaged undersigned counsel to represent it in this action and has agreed to pay a reasonable fee for services rendered.

15. All conditions precedent to this action have been performed, occurred, or have otherwise been waived.

## BREACH OF CONTRACT AGAINST PRUCO

16. TLO re-alleges paragraphs 1 through 15.

17. The Policy issued by Pruco to Mr. Asher constitutes an enforceable contract under the laws of the State of Florida.

18. The Policy obligated Pruco to perform certain duties, including the duty to pay the death benefit to the designated beneficiary, TLO, upon Mr. Asher's death.

19. Pruco breached its obligation by refusing to pay the Policy's death benefit to TLO upon Mr. Asher's death, as the claimed misrepresentations were either not significant to the risk accepted or were not misrepresentations by the applicant within his knowledge and belief, or both.

20. As a direct, foreseeable and proximate result of Pruco's breach of its obligations under the Policy, TLO has suffered and continue to suffer damages.

WHEREFORE, Plaintiff, TLO, LLC, demands judgment against Defendant, Pruco Life Insurance Company, for Policy benefits, pre- and post-judgment interest, attorney's fees and costs pursuant to Fla. Stat. § 627.428, and any further relief this Court deems equitable, just and proper.

3

VER PLOEG & LUMPKIN, P.A., 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   PHONE (305) 577-3996   FAX (305) 577-3558

## JURY DEMAND

TLO demands trial by jury of all issues so triable as a matter of right.

Dated this 10th day of July, 2013.

                              Respectfully submitted,

                              /s/ Brenton N. Ver Ploeg
                              **Brenton N. Ver Ploeg**
                              Florida Bar No. 171470
                              bverploeg@vpl-law.com
                              **Heather J. Gorin**
                              Florida Bar No. 84219
                              hgorin@vpl-law.com
                              VER PLOEG & LUMPKIN, P.A.
                              100 S.E. Second Street, 30th Floor
                              Miami, FL 33131
                              Telephone: (305) 577-3996
                              Facsimile: (305) 577 3558
                              *Counsel for Plaintiff*

4

VER PLOEG & LUMPKIN, P.A., 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   PHONE (305) 577-3996   FAX (305) 577-3558