UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80674-CIV-RYSKAMP/HOPKINS

TLO, LLC,

    Plaintiff,

vs.

PRUCO LIFE INSURANCE COMPANY,

    Defendant.
_____/

### ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal for Final Order of Dismissal with Prejudice. The Court has reviewed the Joint Stipulation and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that the parties' Joint Stipulation For Final Order of Dismissal with Prejudice is **APPROVED**. This action is **DISMISSED WITH PREJUDICE** and each party shall bear its own attorney's fees and costs. This matter is **REMOVED** from the December 1, 2014 trial calendar. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 4th day of September, 2014.

                                                  S/Kenneth L. Ryskamp
                                                  KENNETH L. RYSKAMP
                                                  UNITED STATES DISTRICT JUDGE